E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
   Special Assistant United States Attorney
   Office of Program Litigation, Office 7
   Office of the General Counsel
   Social Security Administration
   6401 Security Boulevard
   Baltimore, MD 21235
   Tel: (510) 970-4853
   Fax: (415) 744-0134
   E-mail: Paul.Sachelari@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KARLA GUADALUPE GONZALEZ,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>      Defendant. | No. 2:23-cv-09160-MRW<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

1   The Court having approved the parties' Stipulation to Remand for Further
2 Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of
3 Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4 the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5 **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6 Commissioner of Social Security for further proceedings consistent with the
7 Stipulation to Remand.
8   DATED:   5/3/2024          _____
9                              HON. MICHAEL R. WILNER
10                             UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28